No. 7292.

### E. OFFNER vs. M. L. NAVRA.

The sale by a partner to his co-partner of the good will, custom, and patronage of the firm, does not authorize the purchaser to keep displayed the firm sign.

Butler *vs.* Long.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*A. B. Philips* for Plaintiff Appellant.    *Braughn, Buck & Dinkelspiel* for Defendant.

The allegations are that the partnership of the plaintiff and defendant in the crockery business had been dissolved, and that "since the dissolution the same sign still exists and that Navra insists on styling himself the successor of Navra & Offner" — that Navra has gone into bankruptcy, made a composition with his creditors and resumed business, still keeps up the same sign, and that the constant association of the plaintiff's name with an establishment thus dishonored is calculated to injure him·to the extent of $1,000.

The petition was dismissed on the exception of no cause of action.

SPENCER, J.    It is clear that as purchaser of the good will, custom, and patronage of the firm, Navra has no right to keep up the sign of Navra & Offner.  Story Part. secs. 99, 100.  Smith's Merc. Law, book 2, c. 3 ; Howe *v.* Searing, U. S. Dig., vol. 8, p. 766.

*Judgment reversed and case remanded.*